## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

| CHRISTOPHER PROSSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:18-cv-85-RLW |
| | ) |
| RONALD PROCTOR, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time (Docket No. 12) is **GRANTED** to the extent plaintiff seeks an additional thirty (30) days to file an amended complaint.

**IT IS FURTHER ORDERED** that plaintiff shall have to and including **February 7, 2019** to file an amended complaint in accordance with the Court's December 7, 2018 Memorandum and Order.

**Plaintiff's failure to timely comply shall result in the dismissal of this case, without prejudice and without further notice.**

Dated this _____ day of January, 2019.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE